UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20577-ALTMAN(s)

UNITED STATES OF AMERICA

vs.

JENNICA SOUFFRANT,

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America, Jennica Souffrant, and her undersigned counsel agree that, had this case proceeded to trial, the United States would have proved the following facts, among others, beyond a reasonable doubt:

From in or around March 2021 through in or about May 2021, Jennica Souffrant knowingly received funds stolen from the United States in an amount greater than $5,000, which had crossed a state boundary and which she knew to have been stolen.

Specifically, in March of 2021 an acquaintance/co-conspirator of Souffrant initiated contact with Souffrant and represented that he helped clients apply for Paycheck Protection Program (PPP) loans. Following a series of text messages, Souffrant knowingly allowed the acquaintance/co-conspirator to use her personal information to apply for a PPP loan for a baking business. As a result of this application, starting on or about April 16, 2021, and continuing through on or about May 10, 2021, Souffrant knowingly received funds stolen from the United States in an amount greater than $5,000, which had crossed a state boundary and which she knew to have been stolen. The acquaintance/coconspirator took approximately 30% of the funds as a

1

commission for preparing and submitting the application. Souffrant admits that she knew she was not entitled to the money received.

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned defendant's knowing, willful, and intentional plea of guilty.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 5/10/22         By:  _____
                           YARA DODIN
                           ASSISTANT UNITED STATES ATTORNEY

Date: 5/10/22         By:  _____
                           GERALD GREENBERG
                           ATTORNEY FOR DEFENDANT

Date: 5/10/22         By:  _____
                           JENNICA SOUFFRANT
                           DEFENDANT

2